UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JAMES TAYLOR, | 1:09-cv—01876-OWW-SKO-HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 16) |
| v. | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS THE PETITION |
| JAMES A. YATES, | FOR FAILURE TO STATE A COGNIZABLE CLAIM (DOCS. 14, 1) |
| Respondent. | ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY AND DIRECTING THE CLERK TO SEND PETITIONER A CIVIL RIGHTS COMPLAINT FORM |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On February 4, 2011, the Magistrate Judge filed findings and recommendations to grant Respondent's motion to dismiss the petition for failure to state a cognizable claim.  The findings and recommendations were served on all parties on the same date. The findings and recommendations informed Petitioner that

1

1  objections were due within thirty days of service.
2      On March 2, 2011, Petitioner filed objections to the
3  findings and recommendations.
4      In accordance with the provisions of 28 U.S.C. § 636
5  (b)(1)(C), this Court has conducted a *de novo* review of the case.
6  The undersigned has carefully reviewed the entire file and has
7  considered the objections; the undersigned has determined there
8  is no need to modify the findings and recommendations based on
9  the points raised in the objections.  The Court finds that the
10 report and recommendation is supported by the record and proper
11 analysis.
12     Accordingly, it IS ORDERED that:
13     1)  The findings and recommendations filed on February 4,
14 2011, are ADOPTED in full; and
15     2) The petition for writ of habeas corpus is DISMISSED for
16 failure to state a claim cognizable in a proceeding pursuant to
17 28 U.S.C. § 2254; and
18     3)  The Court DECLINES to issue a certificate of
19 appealability; and
20     4)  The Clerk is DIRECTED to forward to Petitioner a blank
   form complaint for civil rights claims brought pursuant to 42
21 U.S.C. § 1983, and to close the action. IT IS SO ORDERED.

**Dated:   March 4, 2011**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

2